UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARL-HENRY SAINT-VIL,

Plaintiff,

v. Case No.: 2:25-cv-819-SPC-NPM

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, et al.,

Defendants.

---

**OPINION AND ORDER**

Plaintiff Carl-Henry Saint-Vil, proceeding pro se, filed this lawsuit seeking adjudication of his employment authorization document, Form I-765. (Doc. 1). On June 26, 2026, the Court directed Defendants to show cause why this case was not, or would not imminently be, moot. (Doc. 43).

On July 9, 2026, Defendants filed a Notice to Court and Suggestion of Mootness, explaining that Plaintiff's Form I-765 has now been adjudicated. (Doc. 44). Defendants attached a printout of United States Citizen and Immigration Services' Case Status Online website, which reflects that Plaintiff's application for employment authorization was approved on July 8, 2026. (Doc. 44-1 at 1). Under these circumstances, the Court concludes that there is no relief the undersigned can order, and this lawsuit is now moot.

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED without prejudice** as moot.
2. The Clerk is **DIRECTED** to enter judgment accordingly, deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record